# UNITED STATES BANKRUPTCY COURT

District of Connecticut (Hartford)

In re Kimberly A Jennings  
Debtor

Case No. 10-21082  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, N.A.

**Court claim no.** (if known):

**Date of payment change:** 08/10/2015  
Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account: 5610

**New total payment:** $128.24  
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No  
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____      New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No  
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  
If a notice is not attached, explain why:

Current interest rate: _____      New interest rate: _____  
Current principal and interest payment: _____      New principal and interest payment: _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:   See Attached Reason for Change Disclosure

Current mortgage payment:   $129.36                New mortgage payment:   $128.24

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the creditor.         ☐ I am the creditor's authorized agent.
                                          (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗   /s/ Trista Hines                              Date   07/20/2015

Vice President

Print:   Trista Hines                             Title   Vice President

Company   JPMorgan Chase Bank, N.A.              Specific Contact Information:

Address   Chase Records Center  Attn: Correspondence Mail   Phone: 866-243-5851

Mail Code LA4-5555  700 Kansas Lane              Email: trista.hines@chase.com

Monroe, LA 71203

119139-4f4500b8-b697-4c14-9d61-7187e893d3ae

Reason For Change Disclosure:

This is an open-end home equity line of credit with interest calculated, in arrears, on a simple interest rate basis. This means that the principal balance, the interest rate and the finance charge may vary from day to day. For this reason, it is not possible to determine the interest rate and minimum payment amount on a prospective basis. The figures reflected in this payment change notice are based on the terms of the loan.

# UNITED STATES BANKRUPTCY COURT

District of Connecticut (Hartford)

Chapter 13 No. 10-21082

Judge: Ann M. Nevins

In re:

Kimberly A Jennings

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Kimberly A Jennings<br>7 Holdstock Place<br>East Hartford, CT 06108 |
| Debtor's Attorney: | Ryan A. Bauder<br>The Law Office of Ryan A. Bauder<br>100 Queen Street<br>Suite 4A<br>Southington, CT 06489 |
| Trustee: | Molly T. Whiton<br>10 Columbus Boulevard<br>Hartford, CT 06106 |

/s/ Trista Hines

Vice President

119139-4f4500b8-b697-4c14-9d61-7187e893d3ae-