UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
KIMBERLY A JENNINGS                             : CHAPTER 13
    DEBTOR                                       : CASE NO.   10-21082

                                                : AUGUST 24, 2015

### APPEARANCE AND REQUEST FOR NOTICE.

The undersigned hereby enters its appearance for ALLY BANK, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above-captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated:   August 24, 2015

By: _____
Linda St. Pierre, Esq.
Fed. Bar. No. CT 22287
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, Connecticut 06120
Telephone No. (860) 808-0606

## CERTIFICATION

I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 24th day of August, 2015.

Kimberly A Jennings
7 Holdstock Place
East Hartford, CT 06108
(Debtor)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

Ryan A. Bauder
The Law Office of Ryan A. Bauder
100 Queen Street
Suite 4A
Southington, CT 06489
(Debtor's Attorney)

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
(Debtor's Attorney)

Dated: August 24, 2015        By: _____
                                   Linda St. Pierre, Esq.
                                   Fed. Bar. No. CT 22287
                                   Hunt Leibert Jacobson, P.C.
                                   50 Weston Street
                                   Hartford, Connecticut 06120
                                   Telephone No. (860) 808-0606