# UNITED STATES BANKRUPTCY COURT

District of Connecticut, Hartford Division

In re  Kimberly A. Jennings                                      Case No. 10-21082
                                                                 Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Ally Bank                                      Court claim no. (if known): _____

Last four digits of any number you                               Date of payment change: 10/20/15
use to identify the debtor's
account:                    2687                                 Must be at least 21 days after date
                                                                 of this notice

                                                                 New total payment: $23.26

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

[x ] No
[  ] Yes. Attach a copy of the escrow account statement, prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

_____

   Current escrow payment: $_____            New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

[x ] No
[  ] Yes. Attach a copy of the rate change notice, prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

   Current interest rate: _____             New interest rate: _____

   Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage for a reason not listed above?

[  ] No
[x ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: See Attached Reason for Change Disclosure

   Current mortgage payment: $20.44             New mortgage payment: $23.26

Reason For Change Disclosure:

This is an open-end home equity line of credit with interest calculated, in arrears, on a simple interest rate basis. This means that the principal balance, the interest rate and the finance charge may vary from day to day. For this reason, it is not possible to determine the interest rate and minimum payment amount on a prospective basis. The figures reflected in this payment change notice are based on the terms of the loan.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

[ ] I am the creditor.        [ ] I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _____                    Date 10/14/15

**Print:**     Linda   J.   St. Pierre                                                      Title Attorney for Creditor
                First Name    Middle Name    Last Name

**Company**    Hunt Leibert Jacobson, P.C.

**Address**    50 Weston Street
               Number    Street

               Hartford                        CT              06120
               City                            State           ZIP Code

**Contact phone**    (860)808-0606                              Email Bankruptcy@huntleibert.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 14th day of October, 2015.

Kimberly A Jennings
7 Holdstock Place
East Hartford, CT 06108
(Debtor)

Ryan A. Bauder
The Law Office of Ryan A. Bauder
100 Queen Street
Suite 4A
Southington, CT 06489
(Debtor's Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated: October 14, 2015

THE MOVANT

By: _____
Linda J. St. Pierre, Esq.
Federal Bar No. 22287
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, CT 06120

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.