# UNITED STATES BANKRUPTCY COURT

## District of Connecticut (Hartford)

In re  Kimberly A Jennings                                    Case No.   10-21082
_____          _____
Debtor                                                        Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JP Morgan Chase Bank N.A.              **Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account: 5610

| **Date of payment change:** Must be at least 21 days after date of this notice | 11/10/2015 |
| **New total payment:** Principal, Interest, and escrow, if any | $89.17 |

---

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes.    Attach a copy of the escrow account statement prepared  in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment: _____   New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

_____

Current interest rate: _____   New interest rate: _____

Current principal and interest payment: _____   New principal and interest payment: _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☑ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:    See Attached Reason for Change Disclosure

Current mortgage payment:    $125.70          New mortgage payment:    $89.17

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.          ☐ I am the creditor's authorized agent.
                                      (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ Shamyria Minor                                    Date   10/19/2015
  Vice President

Print:   Shamyria Minor                                 Title   Vice President

Company   JPMorgan Chase Bank, N.A.                     Specific Contact Information:
Address   Chase Records Center  Attn: Correspondence Mail   Phone: 866-243-5851
          Mail Code LA4-5555  700 Kansas Lane            Email: shamyria.minor@chase.com
          Monroe, LA 71203

132217-5463a08c-7084-4c6b-8135-94b663edb945

Reason for Change Disclosure:

The "Notice of Mortgage Payment Change" that accompanies this disclosure reflects a change in interest rate, and a change in payment, on the debtor's home equity line of credit account ("HELOC") held by Chase.  Specifically, Chase has voluntarily reduced the debtor's interest rate on the HELOC to 0.00% and reduced the debtor's interest payment to $0.00.  While this reduction remains in effect, Chase will waive the interest the debtor would otherwise be obligated to pay under the terms of the HELOC.  This means that Chase will not require the debtor to pay the difference between the rate due under the HELOC and the reduced 0.00% interest rate during the term of the bankruptcy proceeding.  This reduced rate will remain in effect until the earlier to occur of the following: (a) the debtor's bankruptcy proceeding is dismissed, (b) the debtor successfully completes his or her Chapter 13 plan and is discharged by the Bankruptcy Court, (c) the debtor's discharge, if the debtor's bankruptcy proceeding is converted to a Chapter 7.  Upon the occurrence of any of these events, the debtor's interest rate and related payment will revert back to the higher rate and the payment determined in accordance with the HELOC agreement.  If during the term of the bankruptcy proceeding, the HELOC agreement requires the debtor to begin making principal payments, Chase will expect the debtor to make principal payments in accordance with the terms of the HELOC agreement.

This change does not constitute a permanent modification of the payment obligations under the terms of the HELOC agreement, mortgage, or other loan documents.

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.**

# UNITED STATES BANKRUPTCY COURT

District of Connecticut (Hartford)

Chapter 13 No. 10-21082

In re:

Judge: Ann M. Nevins

Kimberly A Jennings

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:                  Kimberly A Jennings
                         7 Holdstock Place
                         East Hartford, CT 06108


Debtor's Attorney:       Ryan A. Bauder
                         The Law Office of Ryan A. Bauder
                         100 Queen Street
                         Suite 4A
                         Southington, CT 06489

Trustee:                 Molly T. Whiton
                         10 Columbus Boulevard
                         Hartford, CT 06106


/s/ Shamyria Minor

Vice President

132217-5463a08c-7084-4c6b-8135-94b663edb945-